JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REESE OROSCO, | ED CV 23-1768 PA (KKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BMW OF NORTH AMERICA, LLC, | |
| Defendant. | |

Pursuant to the Court's December 14, 2023 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 14, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE